**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 19, 2019

Ms. Tiffany Gulley Becker
Ms. Allison Hart Behrens
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

RE:  19-3473  Norris Holder v. United States

Dear Counsel:

A motion for permission to file a successive habeas has been filed and assigned the caption and case number shown above.  A copy of the motion is attached.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your response to the motion is due within fourteen days of your receipt of this letter. Please serve a copy of your response on movant. Further information about the court's procedures in successive habeas proceedings is contained in Eighth Circuit Rule 22B "Second or Successive Habeas Corpus and Section 2255 Proceedings."

Upon receipt of your response, the matter will be referred to the court for a ruling.

Please contact this office if you have any questions.

Michael E. Gans
Clerk of Court

AEV
Enclosure(s)

cc:    Mr. Scott Braden
       Mr. Norris G. Holder

District Court/Agency Case Number(s):   4:16-cv-00654-ERW
                                         4:97-cr-00141-ERW-1

**Caption For Case Number: 19-3473**

Norris G. Holder

      Petitioner

v.

United States of America

      Respondent

**Addresses For Case Participants:   19-3473**

Ms. Tiffany Gulley Becker
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Allison Hart Behrens
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
Room 20.333
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Scott Braden
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

Mr. Norris G. Holder
FEDERAL CORRECTIONAL INSTITUTION
26902-044
P.O. Box 33
Terre Haute, IN  47808-0000