19-3473  Norris Holder v. United States

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 11/19/2019

**Case Name:**    Norris Holder v. United States
**Case Number:**  19-3473

**Docket Text:**
MOTION for Permission to file a Successive Habeas Petition (Electronic), filed by Petitioner
Mr. Norris G. Holder w/service 11/18/2019. [4853269] [19-3473]

**The following document(s) are associated with this transaction:**
Document Description:  Application for authorization to file successsive 2255
Document Description:  Proposed Motion to Vacate Conviction

**Notice will be mailed to:**

Mr. Norris G. Holder
FEDERAL CORRECTIONAL INSTITUTION
26902-044
P.O. Box 33
Terre Haute, IN  47808-0000

**Notice will be electronically mailed to:**

Ms. Tiffany Gulley Becker: tiffany.becker@usdoj.gov, stephen.wolz@usdoj.gov
Ms. Allison Hart Behrens: allison.behrens@usdoj.gov,
casey.plach@usdoj.gov,usamoe.appealsdock@usdoj.gov
Mr. Scott Braden: scott_braden@fd.org,
scott_braden@fd.org,cindy_westlake@fd.org,julie_vandiver@fd.org,john_c_williams@fd.org,ja
son_kearney@fd.org,nadia_wood@fd.org