# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3473

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
(4:16-cv-00654-ERW)
(4:97-cr-00141-ERW-1)
_____

## ORDER

IT IS ORDERED that the Federal Public Defender for the Eastern District of Arkansas is

hereby appointed to continue to represent the above named appellant in all matters pertaining to

this action before this Court.

November 19, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans