IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 19-3473 - EMSL

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Appellee,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
NORRIS HOLDER,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Respondent.　　)

**GOVERNMENT'S ENTRY OF APPEARANCE**

COMES NOW Sayler Fleming, Assistant United States Attorney, and hereby enters her

appearance on behalf of the Government in the instant matter.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/ Sayler Fleming*

Sayler Fleming, #58775MO
Assistant United States Attorney
111 South 10th Street
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was served upon all parties of record by way of this Court's electronic notification system this   20th   day of November, 2019.


s/Sayler Fleming
Sayler Fleming, #58775MO
Assistant United States Attorney