IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Norris G. Holder, Jr., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 19-3473-EMSL |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>CERTIFICATE OF COMPLIANCE</u>

The Reply In Support of the Application to file a Successive § 2255 petition filed November 27, 2019 Entry ID 4856633 complies with the rules governing type-volume limitations in Federal Rule of Appellate Procedure 27(d)(2)(C) of 2600 words excluding portions exempted by Fed. R. App. P. 32(f) in that this document contains 1485 words.

This Reply also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point Times New Roman font—a proportionally spaced typeface—using Microsoft Word 2016.

/s/ Scott W. Braden
SCOTT W. BRADEN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 27, 2019, I filed the foregoing Certificate of Completion concerning the Reply in Support of Application to File a Successive § 2255 Application using this Court's CM/ECF system, which shall automatically serve notice on opposing counsel.

/s/ Scott W. Braden
SCOTT W. BRADEN