# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 11, 2019

Mr. Scott Braden
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 490
1401 W. Capitol
Little Rock, AR  72201-3325

RE:  19-3473  Norris Holder v. United States

Dear Counsel:

Enclosed is a dispositive order entered today at the direction of the court.

Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc:    Ms. Tiffany Gulley Becker
       Ms. Allison Hart Behrens
       Ms. Sayler Anne Ault Fleming
       Mr. Norris G. Holder
       Mr. Gregory J. Linhares

District Court/Agency Case Number(s):  4:16-cv-00654-ERW
                                       4:97-cr-00141-ERW-1