# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3473
_____

Norris G. Holder

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00654-ERW)
(4:97-cr-00141-ERW-1)

_____

## JUDGMENT

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.


The motion for authorization to file a second or successive motion under section 2255 in

the district court is denied. Mandate shall issue forthwith.

December 11, 2019




Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans